AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>BENNETT, ALFRED H. | **2. Court or Organization**<br><br>SOUTHERN DISTRICT OF TEXAS | **3. Date of Report**<br><br>06/02/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE - ACTIVE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |
| **7. Chambers or Office Address**<br><br>BOB CASEY UNITED STATES COURTHOUSE<br>515 RUSK ST.<br>HOUSTON, TX 77002 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009-2015 | The Judicial Retirement System of Texas 1/1/2009 - 4/15/2015 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Harris County 01/01/2015 - 04/15/2015 - Salary | $2,907.00 |
| 2. 2015 | Controllers Judiciary Section 01/01/2015 - 04/15/2015 - Salary | $48,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▨ - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | N | T | | | | | |
| 2. Wells Fargo | A | Interest | M | T | | | | | |
| 3. Amazon | | None | L | T | | | | | |
| 4. American Funds Capital World Bond Fund | A | Dividend | L | T | | | | | |
| 5. American Funds Capital World Growth and Income Fund | A | Dividend | L | T | | | | | |
| 6. American Funds EuroPacific Growth Fund | B | Dividend | K | T | | | | | |
| 7. American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 8. Investment Co of America Fund (American Funds) | A | Dividend | M | T | | | | | |
| 9. American Funds New Economy | A | Dividend | J | T | | | | | |
| 10. American Funds New Perspective Fund | A | Dividend | L | T | | | | | |
| 11. American Funds SmallCap World Fund | A | Dividend | K | T | | | | | |
| 12. Growth Fund of America (American Funds) | A | Dividend | M | T | | | | | |
| 13. Ariel Appreciation Fund | A | Dividend | J | T | | | | | |
| 14. AT & T (stock) | A | Dividend | J | T | | | | | |
| 15. Black Rock Equity Dividend 529 option | | None | J | T | | | | | |
| 16. Black Rock Growth Target Risk 529 option | | None | J | T | | | | | |
| 17. College America 529 Captial Income Builder | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. College America 529 Capital World Growth | | None | K | T | | | | | |
| 19. College America 529 Investment Co of America | | None | K | T | | | | | |
| 20. College America 529 New Perspective Fund | | None | K | T | | | | | |
| 21. College America 529 Growth Fund of America | | None | M | T | | | | | |
| 22. Citigroup (stock) "(X)" | | None | J | T | | | | | |
| 23. Columbia Seligman Communication and Information Fund | A | Dividend | K | T | | | | | |
| 24. Davis NY Venture Fund | A | Dividend | M | T | | | | | |
| 25. Delaware High Yield Opportunities Fund | | None | J | T | | | | | |
| 26. Duke Energy (stock) | A | Dividend | J | T | | | | | |
| 27. Eaton Vance Dividend Builder Fund | A | Dividend | L | T | | | | | |
| 28. Eaton Vance Worldwide Health Sciences Fund | A | Dividend | L | T | | | | | |
| 29. Exxon-Mobil (stock) | A | Dividend | J | T | | | | | |
| 30. First Eagle Fund of America | A | Dividend | K | T | | | | | |
| 31. First Trust Capital Strength Portfolio UIT | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 32. First Trust Bio Technology Portfolio UIT | A | Dividend | K | T | Buy | 03/25/15 | K | | |
| 33. First Trust Cloud Computing UIT | | None | K | T | Buy | 12/30/15 | K | | |
| 34. First Trust Cybersecurity UIT | | None | K | T | Buy | 05/07/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust Innovative Technology UIT | A | Dividend | K | T | | | | | |
| 36. First Trust Tech Dividend Portfolio | | None | K | T | Buy | 12/30/15 | K | | |
| 37. Ford Motor Co (stock) | A | Dividend | J | T | | | | | |
| 38. Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 39. Franklin Rising Dividends Fund | A | Dividend | K | T | | | | | |
| 40. Freeport-McMoran Copper and Gold (stock) | | None | J | T | | | | | |
| 41. Kraft-Heinz/ Kraft Foods (stock) | A | Dividend | J | T | | | | | |
| 42. Lord Abbett Value Opportunities | A | Dividend | L | T | | | | | |
| 43. LyondellBasell (stock) | A | Dividend | J | T | | | | | |
| 44. McDonald's (stock) | A | Dividend | J | T | | | | | |
| 45. Merck (stock) | A | Dividend | J | T | | | | | |
| 46. MFS Utilities Fund | A | Dividend | J | T | | | | | |
| 47. Microsoft (stock) | A | Dividend | J | T | | | | | |
| 48. Mondelez (stock) | A | Dividend | J | T | | | | | |
| 49. Pimco Long-Term US Government Fund | A | Dividend | J | T | | | | | |
| 50. Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 51. Pimco Total Return Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Powershares QQQ Trust, Series 1 (ETF) | A | Dividend | K | T | | | | | |
| 53. Royce Premier Fund | A | Dividend | K | T | | | | | |
| 54. Royce Special Equity Fund | A | Dividend | K | T | | | | | |
| 55. Starbucks (stock) | A | Dividend | K | T | | | | | |
| 56. Templeton World Fund | A | Dividend | K | T | | | | | |
| 57. Atlanta GA Water and Waste Bond | B | Interest | K | T | | | | | |
| 58. Bay Area Toll Authority of California Bond | B | Interest | K | T | | | | | |
| 59. Beaumont TX Independent School District | A | Interest | K | T | | | | | |
| 60. Belton, TX Independent School District Bond | A | Interest | J | T | | | | | |
| 61. Carrollton, GA Payroll Development Authority Bond | B | Interest | K | T | | | | | |
| 62. Cypress-Fairbanks, TX Independent School District Bond | A | Interest | K | T | | | | | |
| 63. Detroit Sewage Disposal System Bond | B | Interest | K | T | | | | | |
| 64. Detroit, MI Water Supply System Bond | B | Interest | K | T | | | | | |
| 65. District of Columbia Bond | C | Interest | K | T | | | | | |
| 66. Elk Grove, CA Unified School District Bond | B | Interest | K | T | | | | | |
| 67. Grayson County, TX Junior College Bond | B | Interest | K | T | | | | | |
| 68. Hawaii Pacific Health Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Jacksonville, TX Independent School District Bond | A | Interest | J | T | | | | | |
| 70. Lucas County, OH Hospital Bond | C | Interest | K | T | | | | | |
| 71. NJ Transit Trust Bond | A | Interest | J | T | | | | | |
| 72. NY, NY City Mun WT Bond | | None | K | T | Buy | 12/30/15 | K | | |
| 73. North Texas Thruway Authority Bond | C | Interest | K | T | | | | | |
| 74. Pennsylvania State Public Schools Bond | B | Interest | K | T | | | | | |
| 75. San Diego County, CA Water Authority Bond | A | Interest | J | T | | | | | |
| 76. Tuscaloosa, AL Public Educational Building Bond | B | Interest | K | T | | | | | |
| 77. TransAmerica Liberty 2008 Class L Annuity | | None | N | T | | | | | |
| 78. Chane Investment Holdings (rental property) Houston, TX | F | Rent | N | W | | | | | |
| 79. UBS RMA Tax Free Fund | A | Interest | M | T | | | | | |
| 80. Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 81. Allstate Universal Life Insurance | | None | K | T | | | | | |
| 82. NY Life Variable Life Insurance - capital appreciation option | | None | K | T | | | | | |
| 83. First Trust Capital Strength UIT | | None | | | Redeemed | 02/12/15 | J | A | |
| 84. First Trust Mega Cap UIT | | None | | | Redeemed | 01/29/15 | J | A | |
| 85. First Trust European Deep Value Dividend | A | Dividend | | | Redeemed | 07/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | First Trust Small/Mid Capital Strength UIT | A | Dividend | | | Redeemed | 11/27/15 | K | A | |
| 87. | First Trust Technology Dividend UIT | A | Dividend | | | Redeemed | 06/08/15 | K | C | |
| 88. | First Trust International Capital Strength UIT | A | Dividend | | | Redeemed | 11/27/15 | K | A | |
| 89. | Hewlett-Packard (stock) | A | Dividend | | | Sold | 07/20/15 | J | A | |
| 90. | Chcicago O'Hare International Airport Bond | B | Interest | | | Redeemed | 11/16/15 | K | | |
| 91. | Houston, TX Utilities System Bond | B | Interest | | | Redeemed | 11/16/15 | K | | |
| 92. | AT & T (stock) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, ALFRED H. | 06/02/2016 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALFRED H. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544